IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-70,109-01






EX PARTE LOUIE MATTHEW HANKEY, Applicant






ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. 21378

IN THE 336TH DISTRICT COURT FROM FANNIN COUNTY





 Per curiam.


O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual
assault of a child and sentenced to fifty-five years' imprisonment. Applicant's conviction was
affirmed by the Sixth Court of Appeals. Hankey v. State, 231 S.W.3d 54 (Tex. App.-Texarkana
2007).

 On August 20, 2008, this Court remanded this application to the trial court for findings of
fact and conclusions of law. On December 5, 2008, the trial court made findings of fact and
conclusions of law that were based on an affidavit from trial counsel. The trial court recommended
that relief be denied.

 Based on the trial court's findings of fact as well as this Court's independent review of the
entire record, we deny relief.


Filed: March 25, 2009

Do not publish